AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Brenda Czech, individually and on behalf of a class of similarly situated individuals,

V.

Wall Street on Demand, Inc., a Delaware Corporation, and John Does,

**JUDGMENT IN A CIVIL CASE**

Case Number: 09-180 DWF/RLE

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. WSOD's motion to dismiss (Doc. No. 24) is GRANTED IN PART (insofar as it seeks dismissal with prejudice of Czech's federal CFAA claims) and DENIED IN PART (insofar as it seeks dismissal with prejudice of Czech's state-law claims).

| December 9, 2009 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/Rena L. Riemer |
| | (By)    Rena Lexvold Riemer,    Deputy Clerk |

Form Modified: 09/16/04